CORRAN P. STANTON, RESPONDENT, v. ALBERT N. PRITCHARD, APPELLANT.

*Cutting timber — measure of damages.*

In an action for cutting and removing standing timber, the measure of damages is the value of the timber at the place where it stood when the trespass was committed, unless the action is brought and a recovery had under the statute (2 R. S., 338, § 1), when the damages may be trebled.*

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Isaac S. Newton*, for the appellant.

*E. H. Prindle*, for the respondent.

Opinion by JAMES, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed.